# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RYAN LEE BLACK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-292-G |
| ) | |
| **YOUTH AND FAMILY SERVICES** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Ryan Lee Black, a state inmate appearing pro se, initiated this civil action on March 22, 2024. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda Maxfield Green for preliminary review.

On June 11, 2024, Judge Green issued a Report and Recommendation (Doc. No. 13) recommending that this action be dismissed on screening pursuant to 28 U.S.C. § 1915A.

In the Report and Recommendation, Judge Green advised Plaintiff of his right to object to the Report and Recommendation by July 2, 2024. Judge Green also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not filed any objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 13) in its entirety. This action is DISMISSED without prejudice.

A separate judgment shall be entered.

IT IS SO ORDERED this 4th day of October, 2024.

_____
CHARLES B. GOODWIN
United States District Judge